433 F.2d 345
 James R. MIMS, Plaintiff-Appellant,
v.
SOUTHERN RAILWAY COMPANY, Defendant-Appellee.
 No. 30119 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 12, 1970.
 
 Appeal from United States District Court, Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 T. J. Lewis, Jr., David F. Kell, Atlanta, Ga., for plaintiff-appellant.
 Earle B. May, Jr., Peyton S. Hawes, Jr., Jones, Bird & Howell, Atlanta, Ga., for defendant-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F. 2d 966.